**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AMETHYST WHITE )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE AMERICAN NATIONAL RED )<br>CROSS, )<br><br>Defendant. ) | CIVIL ACTION NO.  3:20-CV-1691 |

**NOTICE OF REMOVAL PURSUANT**
**TO 28 U.S.C. §§ 1441 and 1446**

The American National Red Cross ("Red Cross") hereby files, pursuant to 28 U.S.C. §§ 1441

and 1446, this Notice of Removal of a certain action pending in the Connecticut Superior Court and

in support thereof states as follows:

1.      The Red Cross is the defendant in an action entitled *Amethyst White v. American*

*National Red Cross, American Red Cross and American Red Cross of Connecticut*, Docket No.

MMX-CV20-6029561S, which is pending in the State of Connecticut, Judicial District of Middlesex

at Middletown (the "State Court Action").

2.      On or about October 14, 2020, plaintiff served on the Red Cross a Civil Summons

and Complaint.  No prior papers were served on the Red Cross in the State Court Action.

3.      In accordance with 28 U.S.C. § 1446(a), and to the best of the Red Cross's

knowledge, the papers attached hereto as **Exhibit A** are all of the process, pleadings, and orders

served to date upon the defendant in the State Court Action.

4.      Federal subject matter jurisdiction exists in this action by virtue of 36 U.S.C. § 300105, a provision of the Red Cross's federal charter that grants it the power to "sue and be sued in courts of law and equity, State or Federal, within the jurisdiction of the United States."

5.      The United States Supreme Court has held that the Red Cross's charter creates original federal jurisdiction over suits involving the Red Cross and that therefore the Red Cross is entitled to remove to federal court all state court actions it is defending.  *American National Red Cross v. S.G.*, 505 U.S. 247 (1992).

6.      The Red Cross desires to remove the State Court Action to this Court and submits this Notice, along with the attached Exhibits, in accordance with 28 U.S.C. §§ 1441 and 1446.

7.      This Notice is being filed within 30 days after service on the Red Cross of a copy of the Complaint in the State Court Action and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

8.      Written notice of the filing of this Notice of Removal will be given to all parties and, together with a copy of the Notice of Removal and supporting papers, will be filed with the Clerk of the State of Connecticut, Judicial District of Middlesex at Middletown as provided by 28 U.S.C. § 1446(d).  *See* Certificate of Compliance with 28 U.S.C. § 1146(d) (attached as **Exhibit B**).

WHEREFORE, the Red Cross prays that the State Court Action be removed to this Court.

Dated this 11th day of November, 2020.

Respectfully submitted,

_/s/ Vimala B. Ruszkowski
Vimala B. Ruszkowski, Esq., ct28324
Stockman, O'Connor, Connors, PLLC
10 Middle St., 11th Floor
Bridgeport, CT  06604
Phone: (203) 598-7585
Fax: (203) 577-5180
Email: vruskzowski@stockmanoconnor.com
*Counsel for Defendant*
*American National Red Cross*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020,  a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Nancy S. Hunter, Esq.
Hunter Law, LLC
332B Main Street
Cromwell, CT  06416
Phone: (860) 398-4357
Fax: (860) 398-4358
Email: nhunter@hunterlawct.com

/s/ Vimala B. Ruszkowski
Commissioner of the Superior Court

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| One Court Street, Middletown, CT 06457 | ( 860 ) 343 – 6400 | 11/17/2020 |

| ☒ Judicial District   G.A. | At (City/Town) | Case type code (See list on page 2) | |
|---|---|---|---|
| ☐ Housing Session  ☐ Number: | Middletown | Major: T | Minor: 28 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Nancy S. Hunter, Esq., Hunter Law, LLC, 332B Main Street, Cromwell, CT 06416 | 436555 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 860 ) 398 – 4357 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book: ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) nhunter@hunterlawct.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: **White, Amethyst**<br>Address: 7 Allen Road, Cromwell, CT 06416 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: **American National Red Cross, through its authorized agent Mario Bruno, Acting CEO**<br>Address: 209 Farmington Avenue, Farmington, CT 06032 | D-01 |
| **Additional defendant** | Name: **American Red Cross, through its authorized agent, Mario Bruno, Acting CEO**<br>Address: 209 Farmington Avenue, Farmington, CT 06032 | D-02 |
| **Additional defendant** | Name: **American Red Cross of Connecticut, through its authorized agent, Mario Bruno, Acting CEO**<br>Address: 209 Farmington Avenue, Farmington, CT 06032 | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 3 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 10/9/2020 | | ☐ Clerk | Nancy S. Hunter |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

**Instructions***

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   | | |
   |---|---|
   | (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)* | (e) *Administrative appeals* |
   | | (f) *Proceedings pertaining to arbitration* |
   | (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought* | (g) *Summary Process (Eviction) actions* |
   | | (h) *Entry and Detainer proceedings* |
   | (c) *Applications for change of name* | (i) *Housing Code Enforcement actions* |
   | (d) *Probate appeals* | |

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | | | |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | | | |
| | M 84 | Foreign Protective Order | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | W 90 | All other |
| | M 90 | All other | | | |

**RETURN DATE: NOVEMBER 17, 2020**     :     **SUPERIOR COURT**

**AMETHYST WHITE**     :     **JUDICIAL DISTRICT OF MIDDLESEX**

**V.**     :     **AT MIDDLETOWN**

**AMERICAN NATIONAL RED CROSS,**
**AMERICAN RED CROSS AND**
**AMERICAN RED CROSS OF CONNECTICUT:**     **OCTOBER 9, 2020**

## COMPLAINT

**COUNT ONE:**

1.      At all times mentioned herein, the Plaintiff Amethyst White, was and continues to be a resident of the Town of Cromwell, County of Middlesex, and State of Connecticut.

2.      The defendant, American National Red Cross is a national corporation that is organized and exists as a nonprofit, tax-exempt, charitable institution pursuant to a charter granted to it by the United States Congress.  The defendant, American National Red Cross does business in Connecticut as American Red Cross and American Red Cross of Connecticut with its regional headquarters located at 209 Farmington Avenue, Farmington, CT  06032 (hereinafter collectively referred to as "defendants").

3.      At all times mentioned herein, the Defendants, along with its duly authorized agents, apparent agents, representatives, servants, volunteers and/or employees, were engaged in and responsible for planning, organizing, and hosting public blood donation events.

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

1

4.     At all times mentioned herein, the defendants were responsible for providing training, education, supervision, policy, procedure, protocol and safety guidelines with regard to blood donation to its agents, apparent agents, representatives, servants, volunteers and/or employees.

5.     At all times mentioned herein, the defendants employed, trained and supervised phlebotomists to serve as its agent, apparent agents, representatives, servants, volunteers and/or employees to draw blood from blood donors during blood drive and donation events.

6.     At all times mentioned herein, the defendants, along with their agents, apparent agents, representatives, servants, volunteers and/or employees, were responsible for caring for, evaluating and monitoring blood donors for a period of time after blood donation.

7.     On or about Thursday, July 26, 2018, the defendant was holding a blood drive at a hall located at 573 Main Street, in the Town of Cromwell, County of Middlesex and State of Connecticut, between the hours of 12:00 p.m. and 5:00 p.m.

8.     On Thursday, July 26, 2018, the plaintiff, Amethyst White had an appointment to donate blood and arrived at the blood donation drive at approximately 4:15 p.m. at the 573 Main Street, Cromwell, Connecticut location.

9.     Upon arrival, the defendant's duly authorized agents, apparent agents, representatives, servants, volunteers and/or employees registered the plaintiff, performed a mini-physical and blood hemoglobin tests.

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

2

10.    Thereafter, the plaintiff was then shepherded by the defendant's duly authorized agents, apparent agents, representatives, servants, volunteers and/or employees to a stretcher where a phlebotomist prepped the plaintiff's arm and began her blood draw at 4:31 p.m.  Approximately one pint of blood was drawn from the plaintiff.  The blood draw took 10 minutes and approximately ended at 4:41 p.m.

11.    Immediately following the blood draw, the phlebotomist directed the Plaintiff to sit up and then stand up from the stretcher to without allowing her any time to recover from the blood draw once the needle was withdrawn and site covered.  The plaintiff was then shepherded to the refreshment area without any further discussion or instruction to remain onsite for at least 10 to 20 minutes, and without any further monitoring of the plaintiff by the defendants, its apparent agents, representatives, servants, volunteers and/or employees, and therefore she left the donation site, drove her vehicle and while driving, suffered a syncopal event while traveling south on Main Street, at or near its intersection with Evergreen Road, in Cromwell, Connecticut, less than a half mile from the donation site.  Her vehicle travelled for another half mile while she was unconscious behind the steering wheel, and ultimately veered off of Main Street, to the right, driving over grass, then upon a sidewalk after Iron Gate Lane, collided with two mailboxes, then ultimately hit the sloped front end of a guardrail approximately 30' south of 457 Main Street, went airborne and caused her vehicle to flip and land on its driver's side and against a tree in a wooded ditch at or near

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

3

Main Street's intersection with Doering Drive resulting in serious injuries and damages to the plaintiff. Emergency 911 was dispatched at 4:51 p.m.

12.    The actions of the defendants, its agents, apparent agents, representatives, volunteers, servants and/or employees deviated from and fell below the accepted standards of care concerning post donation blood donor care in one or more of the following ways, in that it/he/she and/or they:

      a) Failed to inform the plaintiff to remain at the hall post donation for at least 10 to 20 minutes before leaving the premises;

      b) Failed to confirm the plaintiff was feeling well enough before leaving the donation center;

      c) Failed to inform the plaintiff to refrain from driving a vehicle for at least 10 to 20 minutes following blood donation;

      d) Failed to monitor the plaintiff following blood donation;

      e) Failed to care for the plaintiff following her blood donation;

      f) Failed to advise and educate the plaintiff of the importance of remaining at the facility for at least 10 to 20 minutes to recover from the blood donation;

      g) Failed to advise, educate and warn the plaintiff of the risks of losing consciousness and fainting following blood donation;

      h) Failed to follow its own procedures and protocols;

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

4

    i)  Failed to educate, manage, coordinate, supervise and train its duly authorized agents, representatives, servants, volunteers and/or employees with regard to blood donor education, consultation, care, preparation, evaluation, procedure, guidelines, safety and protocol;

    j)  Failed to manage and/or supervise its duly authorized agents, apparent agents, representatives, volunteers, servants and/or employees to ensure that they were following blood donation guidelines and protocol at all times.

13.    By reason of the negligence and carelessness of the defendants, along with their agents, apparent agents, representatives, volunteers, servants and/or employees as aforesaid, the plaintiff, Amethyst White, sustained the following injuries:

    a.  Musculoligamentous strain, sprain and spasms of the ligaments, connective tissue and muscle of the cervical spine, including whiplash;

    b.  Musculoligamentous strain, sprain and spasms of the ligaments, connective tissue and muscles of the thoracic spine;

    c.  Musculoligamentous strain, sprain and spasms of the ligaments, connective tissue and muscles of the lumbar spine;

    d.  Concussion;

    e.  Headaches;

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

    f.   Traumatic brain injury;

    g.   Cognitive injuries;

    h.   Blood volume depletion resulting in syncopal event/loss of consciousness;

    i.   Post concussive syndrome including light sensitivity, loss of peripheral vision; nausea and eye strain;

    j.   Post traumatic stress disorder;

    k.   Anxiety, fear, and depression;

    l.   Permanent partial impairment(s); and

    m.  Mental and emotional pain and suffering.

These injuries have caused her to experience pain, discomfort, impairment and anxiety relating to the accident and ensuing injuries.  To treat her injuries, the plaintiff required emergency medical care and treatment, diagnostic studies, physical therapy, chiropractic therapy, gym and home exercise, massage, psychiatric and neuropsychological evaluation and therapy, and prescription medications.

14.    As a further result thereof, the plaintiff, Amethyst White has sustained severe and permanent bodily and cognitive injuries and damages, emotional injuries, the cost of medical treatment for those injuries, future medical treatment, loss of enjoyment of life, pain aggravation, inconveniences, annoyance and suffering, past, present and future, lost wages/earning and/or other consequential damages.

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

15.   As a further result thereof, the plaintiff, Amethyst White, has suffered loss of wages and/or earning capacity, and her future earning capacity will likely be impaired, all to her further loss and detriment.

16.   As a further result therefore, the plaintiff, Amethyst White, has been and will likely continue to be unable to pursue her usual activities, all to her further loss and detriment.

17.   The plaintiff filed a Petition to Extend the Statute of Limitations pursuant to C.G.S. Section 52-190a(b) on July 8, 2020.

THE PLAINTIFF,
AMETHYST WHITE

BY:_____
Nancy S. Hunter, of
Hunter Law, LLC
332B Main Street
Cromwell, CT  06416
(860)398-4357 (o)
(860)398-4358 (f)
nhunter@hunterlawct.com

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

7

RETURN DATE: **NOVEMBER 17, 2020** : **SUPERIOR COURT**

**AMETHYST WHITE** : **JUDICIAL DISTRICT OF**
**MIDDLESEX**

**V.** : **AT MIDDLETOWN**

**AMERICAN NATIONAL RED CROSS,**
**AMERICAN RED CROSS AND**
**AMERICAN RED CROSS OF CONNECTICUT:** **OCTOBER 9, 2020**

## DEMAND FOR RELIEF

The plaintiff claims:

1. Compensatory money damages;
2. Any relief in law or equity that doth pertain.

The amount, legal interest and property in demand, exclusive of interest and costs, is greater than fifteen thousand ($15,000.00) dollars.

THE PLAINTIFF,
AMETHYST WHITE

BY: _____

Nancy S. Hunter, of
Hunter Law, LLC
332B Main Street
Cromwell, CT 06416
(860)398-4357 (o)
(860)398-4358 (f)

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT 06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

8

nhunter@hunterlawct.com

**RETURN DATE: NOVEMBER 17, 2020** : **SUPERIOR COURT**

**AMETHYST WHITE** : **JUDICIAL DISTRICT OF**
**MIDDLESEX**

**V.** : **AT MIDDLETOWN**

**AMERICAN NATIONAL RED CROSS,**
**AMERICAN RED CROSS AND**
**AMERICAN RED CROSS OF CONNECTICUT:** **OCTOBER 9, 2020**

## CERTIFICATION

Pursuant to Conn. Gen. Stat. §52-190a, I, Nancy S. Hunter, hereby certify that I have made reasonably injury, as permitted by the circumstances, to determine whether there are grounds for a good faith belief that there was negligence in the care and treatment of Amethyst White. Attached hereto are two reports of similar healthcare providers giving rise to a good faith belief on my part that grounds exist for an action against the defendant, American Red Cross Blood Services and/or its servants, agents, apparent agents, and/or employees.

FOR THE PLAINTIFF,

By:

Nancy S. Hunter
Hunter Law, LLC
332B Main Street
Cromwell, CT 06416

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT 06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

9

|  |  |  |
|---|---|---|
|  | : | **SUPERIOR COURT** |
| **AMETHYST WHITE** | : | **JUDICIAL DISTRICT OF MIDDLESEX** |
| **V.** | : | **AT MIDDLETOWN** |

**AMERICAN RED CROSS OF CONNECTICUT,**
**And/or their servants, agents, apparent agents**
**And/or employees;**
**AMERICAN NATIONAL RED CROSS,**
**And/or their servants, agents, apparent agents**
**And/or employees;**
**AMERICAN RED CROSS,**
**And/or their servants, agents, apparent agents**
**And/or employees;**
**AMERICAN RED CROSS,**
**And/or their servants, agents, apparent agents**
**And/or employees;**
**AND OR ANY OTHER HEALTHCARE**
**PROVIDERS AND THEIR SERVANTS, AGENTS**
**APPARENT AGENTS AND/OR EMPLOYEES**
**AS YET TO BE DETERMINED**                            :        **JULY 6, 2020**

Office of the Clerk
Superior Court
RECEIVED

JUL 08 2020

Judicial District of Middlesex
State of Connecticut

## PETITION FOR EXTENSION OF THE STATUTE OF LIMITATIONS

Pursuant to §52-190(a)(b) of the Connecticut General Statutes, the undersigned hereby petitions for the AUTOMATIC ninety (90) day extension of the Statute of Limitations to extend the statute of limitations for an additional ninety days to allow for a

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT 06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

1

reasonable inquiry into the grounds for pursuing legal action on behalf of herself against AMERICAN RED CROSS OF CONNECTICUT, AMERICAN NATIONAL RED CROSS, AMERICAN RED CROSS and/or by each prospective defendants' agents, apparent agents, representatives, servants and/or employees, and/or ANY OTHER HEALTHCARE PROVIDERS AND THEIR AGENTS, APPARENT AGENTS, REPRESENTATIVES, SERVANTS AND/OR EMPLOYEES AS YET TO BE DETERMINED.

This matter concerns the care and treatment rendered to the petitioner while she was a blood donor for  AMERICAN RED CROSS OF CONNECTICUT, AMERICAN NATIONAL RED CROSS, AMERICAN RED CROSS and/or by each prospective defendants' agents, apparent agents, representatives, servants and/or employees, and/or ANY OTHER HEALTHCARE PROVIDERS AND THEIR AGENTS, APPARENT AGENTS, REPRESENTATIVES, SERVANTS AND/OR EMPLOYEES AS YET TO BE DETERMINED, on or about  July 26, 2018 and continuing on for a period of time thereafter.  More specifically this claim involves the care and treatment provided to the

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT 06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

2

petitioner by the aforesaid potential defendants along with its/his/her and/or their duly authorized agents, servants and/or employees and other unknown physicians and/or healthcare providers and/or his, her and/or their duly authorized agents, servants and/or employees.

It is the petitioner's contention that during said time period, she was injured and sustained damages as a direct result of the negligence and departures from the applicable standards of care on the part of the above named potential defendants. Additionally, it is the petitioner's contention that as a direct result of the alleged professional negligence on the part of the prospective defendants, she has suffered personal injuries, some or all which may be permanent in their nature, as well as pain, suffering, emotional distress, impairment of her earning capacity and other damages associated therewith. Additionally, the petitioner is no longer able to partake in and enjoy life's activities in the same manner as she had been able to prior to the time of said injuries. Any action that may be brought by said petitioner within the extended period of time against the above-mentioned potential defendants shall be filed in this court. Therefore, the petitioner submits this petition to

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT 06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

3

extend the statute of limitations for an additional ninety days beyond the applicable date or

dates.

COUNSEL FOR THE PETITIONER,

NANCY S. HUNTER, ESQ.
HUNTER LAW, LLC
332B MAIN STREET
CROMWELL, CT 06416
JURIS NO. 436555
TELE. NO. 860-398-4357

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT 06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

4

## **ORDER**

The foregoing Petition, having been presented to the Clerk of the Court, pursuant to Connecticut General Statute §52-190a(b), it is hereby ordered that the statute of limitations be extended for ninety (90) days.

*Granted See order*
*next page*

BY THE COURT

_____
Clerk

Dated at _____, Connecticut, this _____ day of_____, 2020.

HUNTER LAW, L.L.C.
332B Main Street, Cromwell, CT  06416
Office: (860) 398-4357•Facsimile: (860) 398-4358
Juris No. 436555

5

## ORDER AND NOTICE TO COUNSEL

Your petition for extension of the statute of limitations has been automatically granted in accordance with, and to the extent provided for by, C.G.S. § 52-190a(b).

A copy of the petition will be maintained by the Clerk's Office for a period of six months from the date it was granted. A civil entry fee will be collected at the time the writ, summons and complaint are filed with the clerk's office, if and when you bring suit.

Please remember to include the original petition with your writ summons and complaint when you return them to court!

Original of petition and this
notice returned to counsel on:

_July 8, 2020_

_____
Assistant Clerk
*Superior Court for the Judicial District of Middlesex*

Rev. 7-23-2019

## Expert Opinion Pursuant to C.G.S. §52-190a

### [Not Subject to General Disclosure]

My name is _____. I hereby attest that I am currently the Senior Director Blood Donor Services of a large blood donation servicer serving the Washington, D.C. metropolitan area. I am also registered Medical Laboratory Scientist (MLS) through the American Society for Clinical Pathology (ASCP). I have been employed as a MLS (ASCP) since 1985 at a large hospital system in Virginia.

The opinions contained within this document are based upon my knowledge, expertise, experience, and education in blood donor services. I have been working with blood donors since 1982 and I am familiar with the standard of care and applicable policies and procedures regarding blood donor drives, donation events and collections.

I have reviewed the donation documents provided to me for Amethyst White including her American Red Cross Blood Donation Record dated 7/26/2018, Cromwell Police Department Accident Report dated 7/26/2018, ARC Union Agreement effective 10/1/2018 – 9/30/2021, Donor Complication and Injury Report dated 08/01/2018 and a letter written to Ms. White dated 8/15/2018. On July 26, 2018, Amethyst White donated blood with the American Red Cross at 4:31 p.m. Her blood draw ended at 4:41 p.m. A 911 call was placed on her behalf following a car accident at approximately 4:51 p.m. after Ms. White suffered a syncopal episode following her blood donation while operating her vehicle resulting in an accident causing injury and damages to Mrs. White.

In my opinion, the American Red Cross deviated from the accepted standard of care by failing to monitor Mrs. White during her post donation recovery for at least 10 minutes and ensuring that she was feeling well when she left the donation site.

**Expert Witness Report**

RE: Amethyst White vs. American Red Cross
DOI: 7/26/2018

Dear Attorney Hunter:

At your request, I have reviewed all related records to evaluate whether or not there was a deviation in donor phlebotomy procedure that caused and/or contributed to Ms. White's accident. This report is based on review of materials submitted to me by your office. I possess extensive knowledge and experience in phlebotomy and phlebotomy training. I reserve the right to amend this report if other evidence becomes available.

<u>Biographical Statement</u>: I have over 30 years' experience as a Phlebotomist and received my certification in 1990. I have worked for many organizations, including Laboratory Corporation of America in New York as a team leader, and both at Hunterdon Medical Center in New Jersey and TJUH Jefferson Health in Philadelphia as a Phlebotomy Supervisor. Currently, I am a Laboratory Manager at Abington Jefferson Health and a Phlebotomy Instructor at Raritan Valley Community College in New Jersey.

<u>Professional Opinions and Basis for these Opinions:</u> In reference to Amethyst White, in my professional opinion the American Red Cross deviated from the accepted standard of care. Monitoring and recovery times after blood donation is at least 10 – 20 minutes, then confirming the donor is feeling well to leave the donation site. Based on the documents, Ms. White commenced her blood donation at 4:31 p.m. and ended at 4:41 p.m. At 4:51, a 911 call was placed in which Ms. White suffered a syncopal episode while operating her vehicle resulting in her accident. Based on the time line, American Red Cross failed to monitor Ms. White post donation.

This report has been prepared to the best of my knowledge and I hold the opinions set forth in my report to a reasonable degree of professional certainty.

Date

STATE OF CONNECTICUT:

COUNTY OF HARTFORD :

: SS. WEST HARTFORD        October 14, 2020

THAT on October 14, 2020, I made due and legal

service of the within original WRIT, SUMMONS, COMPLAINT, DEMAND FOR

RELIEF, CERTIFICATION, PETITION FOR EXTENSION OF THE STATUTE OF

LIMITATIONS, ORDER, ORDER AND NOTICE TO COUNSEL, EXPERT

OPINION PURSUANT TP C.G.S. 52-190a and EXPERT WITNESS REPORT by

leaving three true and attested copies with and in the hands of RICHARD V.

BRANIGAN, Chief Operating Officer, whom is duly authorized to accept service on

behalf of each of the within named defendants:

**AMERICAN NATIONAL RED CROSS**
**AMERICAN RED CROSS**
**AMERICAN RED CROSS OF CONNECTICUT**

At 209 Farmington Avenue, Farmington, CT.

THE WITHIN IS THE ORIGINAL WRIT, SUMMONS,
COMPLAINT, DEMAND FOR RELIEF, CERTIFICATION, PETITION FOR
EXTENSION OF THE STATUTE OF LIMITATIONS, ORDER, ORDER AND
NOTICE TO COUNSEL, EXPERT OPINION PURSUANT TP C.G.S. 52-190a and
EXPERT WITNESS REPORT WITH MY DOINGS HEREON ENDORSED.

FEES:                                          ATTEST:

SERVICE          $120.00
TRAVEL           $ 18.20
ENDORSEMENTS     $  8.80              SCOTT M. KRAIMER
PAGES            $ 57.00              STATE MARSHAL
                                     HARTFORD COUNTY

TOTAL            $204.00

**SCOTT M. KRAIMER**
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AMETHYST WHITE | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | )   CIVIL ACTION NO.  3:20-CV-1691 |
| THE AMERICAN NATIONAL RED | ) |
| CROSS, | ) |
| | ) |
|      Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF COMPLIANCE
WITH 28 U.S.C. § 1446(d)**

The American National Red Cross ("Red Cross"), by its counsel, hereby certifies that it has given written notice of the filing of its Notice of Removal to all parties in the above-captioned action and that it has filed a copy of the Notice of Removal with the Clerk of the State of Connecticut, Judicial District of  Middletown.

Dated this 11th day of November, 2020.

                              Respectfully submitted,


                               _/s/ Vimala B. Ruszkowski
                               Vimala B. Ruszkowski, Esq., ct28324
                               Stockman, O'Connor, Connors, PLLC
                               10 Middle St., 11th Floor
                               Bridgeport, CT  06604
                               Phone: (203) 598-7585
                               Fax: (203) 577-5180
                               Email: vruskzowski@stockmanoconnor.com
                               *Counsel for Defendant*
                               *American National Red Cross*